NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEIRUS INNOVATIVE ACCESSORIES, INC.,**
*Plaintiff-Appellant,*

v.

**CABELA'S INC.,**
*Defendant-Cross Appellant,*

AND

**ROSS GLOVE COMPANY,** .
*Defendant-Cross Appellant,*

AND

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-1162, -1210, -1213

---

Appeals from the United States District Court for the Southern District of California in case no. 09-CV-0102, Judge Marilyn L. Huff.

---

**ON MOTION**

---

# O R D E R

Seirus Innovative Accessories, Inc. moves for an extension of time, until June 10, 2012, to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**APR 1 7 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Matthew D. Murphey, Esq.
    Adam C. Jed, Esq.
    Nicole M. Murray, Esq.
    Duane Scott Horning, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 7 2012

JAN HORBALY
CLERK